HENRY J. PASE, Respondent, *v.* JULIA BERNHEIMER, Appellant.

*Pase* v. *Bernheimer*, 153 App. Div. 919, affirmed.
(Argued January 28, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 5, 1912, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

*Edgar J. Bernheimer* for appellant.

*Dudley Dupignac* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.